# UNITED STATES DISTRICT COURT

<u>NORTHERN</u>       DISTRICT OF      <u>ILLINOIS, EASTERN DIVISION</u>

UNITED STATES OF AMERICA

v.

ALAN C. SCOTT

**F I L E D**
8-15-08
AUG 1 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CRIMINAL COMPLAINT

UNDER SEAL

CASE NUMBER:

MASON

MAGISTRATE JUDGE MASON
652

08 CR 652

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___July 25, 2007___ in ____Cook____ County, in the __ ___Northern___ District of _____Illinois_____ defendant did,

> devise a scheme to defraud and to obtain money by means of false and fraudulent representation and promises and, for purposes of executing such scheme knowingly caused to be delivered by the Postal Service according to the direction thereon, an envelope containing a United States Postal Service Money Order dated July 20, 2007, and payable to AM Supplies, that envelope addressed to 4710 Lincoln Highway, PMB #242, Matteson, IL 60443,

in violation of Title _18_ United States Code, Section 1341.

I further state that I am a <u>Postal Inspector, United States Postal Inspection Service</u> and that this complaint is based on the following facts:

### SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof: _X_ Yes      ____ No

_____
John Donnelly, Complainant

Sworn to before me and subscribed in my presence,

<u>August 15, 2008</u>                     at      <u>Chicago, Illinois</u>

Date                                          City and State

<u>U.S. Magistrate Judge Michael T. Mason</u>            _____

Name & Title of Judicial Officer              Signature of Judicial Officer

STATE OF ILLINOIS    )
                          ) ss
COUNTY OF COOK    )

## AFFIDAVIT

I, John D. Donnelly, being duly sworn on oath, hereby depose and state the following:

1.    I have been employed as a Postal Inspector with the United States Postal Inspection Service since May 1996. Prior to May 1996, I worked as a United States Probation and Parole Officer for five years. As part of my duties as a Postal Inspector, I investigate financial crimes that utilize the mail in furtherance of schemes to defraud. My responsibilities currently include the investigation of violations of 18 U.S.C. § 1341 (Mail Fraud) 1342 (Fictitious Name or Address) and § 1343 (Wire Fraud), among other statutes. I have received training and have conducted investigations in the use of the mails and interstate wires to commit financial crimes. I have also received training and have conducted investigations in the use of the Internet to commit financial crimes.

2.    This affidavit is made in support of an application for a warrant to arrest Alan C. Scott. The information contained in this affidavit is based on my participation in the investigation, including conversations with other law enforcement officers, interviews of witnesses and victims, and the review of documents. This affidavit is submitted for the limited purpose of establishing probable cause in support of the attached complaint and accompanying arrest warrant. I have not included each and every fact known to me concerning the individuals and events described herein.

1

3.     Since May 2008, I have been investigating a scheme by Alan C. Scott to defraud consumers through the use of the mail and through interstate wires. The scheme involved Scott's use of computers connected to the Internet, to offer various items for sale to consumers, through accounts established on the Internet auction site eBay. In furtherance of the scheme, Scott used computers to communicate with victims across state lines. In furtherance of the scheme, Scott caused the United States Mail and interstate wires to be used to transmit money to him as payment from victims for the purchase of goods. As part of the scheme, Scott failed to deliver goods to victims after receiving and converting payments. The investigation has disclosed that the scheme began before November 2004 and is ongoing.

A.     **SUMMARY OF RELEVANT CONCEPTS**

4.     Through prior experience, training, and by consulting with agents with more experience than I in investigating cyber crimes, I am familiar with the concepts described in the following paragraphs. The Internet is a collection of computers and computer networks which are connected to one another via high-speed data links and telephone lines for the purpose of sharing information. Connections between Internet computers exist across state and international borders, and information sent between computers connected to the Internet frequently crosses state and international borders, even if those computers are in the same state.

5.     Computers connected to the Internet are identified by addresses. Internet addresses take on several forms, including domain names, Uniform Resource Locator (URL) addresses, and Internet Protocol (IP) addresses. For example, if you type in the

2

URL www.abc.com, it is then translated by a Domain Name Server (DNS) into numbers that the computer can understand, such as 123.45.67.89; this is the IP address. In order to do this efficiently, the Internet has been divided into a number of major domains such as .com (commercial), .gov (government) and .mil (military), to name a few. Internet addresses are unique and can identify a physical location and a computer connection.

6.      Technology permits certain computers that have the necessary hardware and software to access the Internet via a wireless connection. In this scenario a device called a router is physically connected to phone lines, permitting it to communicate with the computer servers of an Internet provider such as Earthlink. The router establishes a network area, and with the necessary hardware and software, individual computers within the area can then communicate with the router via a wireless signal, and thus, the Internet. This type of service is available for commercial and residential use. Free wireless access is offered by some businesses to customers. This is commonly referred to as Wi-Fy. Examples of businesses that offer this service are Starbuck's Coffee and Panera Bread. A customer with a laptop computer that permits wireless Internet access can access the Internet while at such a business. When this is done, the IP address recorded by an end user is that of the store offering the Wi-Fy service, not the user with the laptop.

## B.      THE eBay INTERNET AUCTION SITE

7.      eBay.com is an Internet auction site on which computer users can mass-advertise items for sale by the process of auction. Prior to buying or selling on eBay,

3

users are required to register with eBay by providing a name, address, e-mail address and telephone number. eBay allows users to select a "User ID," which identifies the user to other eBay users during auctions.

8.    Sellers transmit information via computer to the eBay website, describing the property for sale and inviting bids on the item. Prospective buyers also transmit information via computer to the eBay website, including bids on merchandise posted for sale on the website. The highest bidder is deemed the winner of the auction, and the seller of the item and the bidder communicate with each other by e-mail or phone to arrange shipment of and payment for the merchandise. Payment options may be limited by the seller, but often include paying by personal check, wire transfer, money order, cashier's check, credit card or PayPal.

9.    As part of the eBay registration process, all eBay users must agree to comply with eBay's User Agreement. The User Agreement describes the terms under which eBay offers users access to its online services. In the User Agreement, eBay specifies various "restricted activities" from which all eBay users must agree to refrain. Among the activities a user agrees to refrain from is the "failure to deliver items purchased from you." Any eBay user who does not represent that he will abide by the restrictions contained in eBay's User Agreement is not permitted to use the auction services on eBay's Internet site, and if a user is found in violation of an eBay policy he can be removed from the site.

4

## C.    SUMMARY OF THE SCHEME

10.    In this section, I will layout the background of the scheme in a general sense, and provide an example of an execution in a following section. This scheme is what is referred to by the U.S. Postal Inspection Service as a failure to deliver scheme. As described below, Scott utilized computers connected to the Internet to establish eBay accounts using assumed names and various addresses. Scott would initially conduct business via eBay as most legitimate eBay users do, thus establishing trust in his user account in the eBay marketplace. After a certain period of time, Scott would list items for sale and he would accept payment from the buyers, but then not deliver the items. After a number of complaints were made to eBay by victims, Scott's account would be shut down by eBay. Scott would then open another account using a different assumed identity and would continue the scheme.

11.    Scott utilized certain measures to hide his true identity, which permitted him to establish new accounts and avoid being identified. When a new account is established with eBay, the information provided to eBay is examined and compared to information already in their records. If the information provided linked the new account to any previously suspended account, the account would not be opened. Therefore, if eBay had known that Alan Scott was trying to open an account, eBay would have precluded him from opening an account because he was linked to a previously suspended account. By using assumed identities and different addresses, Scott defeated the eBay system, which resulted in Scott being able to establish a new

5

account.

12.    Scott also used Wi-Fi locations and computers located in public libraries in order to avoid being detected by eBay. By utilizing Wi-Fi locations and computers in public libraries, the IP information communicated to eBay was that of the Wi-Fi account holder and public library. As a result, Scott hid his computer identity from eBay. During the course of the scheme Scott utilized a number of Wi-Fi hotspots, including Panera Bread, and a number of public libraries.

13.    As part of the scheme, Scott received payments from victims in the form of Postal Money Orders, money orders, and personal checks, through the United States Mail. When a victim won a bid or purchased an item, an invoice was communicated to the victim instructing them on how to make payment. Another way Scott hid his true identity was to direct victims to make their checks and money orders payable to the assumed names and to assumed business names. Through examination of bank records, I learned that Scott had established twenty-three bank accounts with JP Morgan Chase Bank. Each of the 23 accounts was opened in Scott's name. Eighteen of the accounts were opened in Scott's name and as a business account with an assumed business name. An examination of the bank records and interviews of victims disclosed that Scott would cash the victims' money orders and checks by depositing them into some of these bank accounts.

14.    Another way in which Scott hid his true identity and avoided detection was to utilize commercial mail boxes located at UPS Stores. Through interviews of victims and an examination of Scott's bank records, the affiant learned that Scott would direct

6

the victims to address the payments to his assumed names and assumed business names at mailbox addresses he established at UPS Stores. To date, I have identified mailboxes at UPS Stores in eight locations. The affiant, along with other law enforcement officers, have visited these locations, interviewed the store employees, and obtained copies of the paperwork created at the time the boxes were opened.

15.    At this time, it is the belief of the affiant that Scott has opened at least 48 different eBay accounts using various names. At this time the affiant, or other law enforcement officers, have communicated with 50 victims who have reported sending payments for items purchased from these seller accounts, and not receiving the merchandise. The total sales from these 48 accounts exceed $198,587.

**D.    EXECUTION OF THE SCHEME**

**eBay SELLER ALLIECAT10000**

16.    Records provided by eBay indicate that on about June 7, 2007, an account was established with eBay in the name of ALLIECAT10000. Records disclosed that the name associated with the account was Allison Meed, the address provided was 713 Ellis Avenue, Ashland, Wisconsin, and the IP address associated with the account opening was 64.231.37.140. Information obtained via subpoena disclosed the location of the IP address being a Panera Bread store. Records of eBay disclosed that from about July 12, 2007 to July 22, 2007, there were 49 successful sales of items totaling $20,776. The records disclosed that the account was suspended on July 24, 2007 after he was deemed a risk to the eBay community for committing fraud. At the time this account was established the individual establishing the account

7

furnished the email address of am1971@earthlink.net as their email address for doing business with eBay and buyers.

17.    In May 2008, I interviewed Victim A, who had earlier reported to U.S. Postal Inspectors that he had paid for four items he had purchased from ALLIECAT10000 but never received the items.  Specifically, I learned the following from Victim A and eBay records.  Between July 14, 2007 and July 20, 2007, Victim A purchased four rare coins totaling $880.49 in four transactions.  Victim A purchased three USPS Money Orders.  As directed by ALLIECAT10000, Victim A made the money orders payable to AM Supplies, addressed them to AM Supply, 4710 Lincoln Highway, PMB 242, Matteson, IL, and placed them in the U.S. Mail for delivery.  Over the course of the following weeks, Victim A communicated via email and telephone with a male, who claimed Allison Meed was his wife.  The male offered Victim A excuses for not delivering and promises to deliver.  Victim A never received the coins.

**Alan C. Scott is ALLIECAT10000**

18.    In May 2008, I interviewed the owner of the UPS Store located at 4710 Lincoln Highway, Matteson, IL.  The owner provided me with copies of the box application forms and agreement to receive mail through an agent for PMB 242.  The records disclosed that the box was rented by Alan C. Scott on July 5, 2007, and expired on February 14, 2008.  Attached to the application were photocopies of the Illinois Driver's License and Illinois Firearm's Owner's ID Card of Alan C. Scott.  The owner described Scott and the vehicle that Scott drove.  The owner advised that Scott received mail from all over the country, and that Scott received mail in the names of

8

Allison Meed and AM Supply.  The owner recalled that Scott told him that he sold items via eBay.  He related that Scott stopped using the box just before Christmas 2007.  The owner recalled that he then began to receive phone calls from people inquiring about the owner of the box, because the callers said they had mailed checks to the address as payment for items, but never received the items.

19.    The affiant reviewed subpoenaed bank records of Alan C. Scott obtained from JP Morgan Chase Bank.  Those records reflect that on February 10, 2005, Alan C. Scott opened account number 641776695, in the names of Alan C. Scott and Midwestern Maintenance Company.  The social security number provided to the bank was Scott's.  The address provided to the bank was the address of Scott's residence. A review of the deposits for account 641776695 disclosed that on July 23, 2007 Scott deposited several checks and money orders into this account, including two of the USPS Money Orders from Victim A mailed to Scott's Matteson UPS Store box. A further review disclosed that on July 26, 2007 Scott deposited the third USPS Money Order from Victim A into this account.  The money was subsequently withdrawn.

20.    Earthlink is an Internet Service Provider that provides Internet access to customers across the United States.  Individuals with Earthlink accounts establish email addresses that are linked to the Internet service account.  The email address associated with ALLIECAT10000 was am1971@earthlink.net.  Records from Earthlink disclosed that am1971@earthlink.net is registered to the Internet service account of Alan Scott, 5734 Buck Court, Westmont, IL 60559.  The records disclosed that the email address was established on June 6, 2007, the day before the eBay account was

9

established.   The records link Alan Scott to fifteen of the 48 fraudulent accounts associated with Alan Scott.

21.    Based on the aforementioned facts, the affiant believes that probable cause exists to believe that Alan C. Scott has violated Title 18, United State Code, Sections 1341 and 1342, and that probable cause exists for his arrest; in that on or about July 25, 2007, for the purposes of executing a scheme to defraud Victim A, did knowingly cause to be delivered by the Postal Service according to the direction thereon, an envelope containing a United States Postal Service Money Order dated July 20, 2007, and payable to AM Supplies, that envelope addressed to 4710 Lincoln Highway, PMB #242, Matteson, IL 60443.

_____
John D. Donnelly
United States Postal Inspector


Sworn to before me and subscribed in my presence
this 15th day of August, 2008.

MICHAEL T. MASON
United States Magistrate Judge

10