UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
8-15-08
AUG 15 2008

MICHAEL T. MASON
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 08 CR 652 |
| vs. | ) |
| | ) Magistrate Michael T. Mason |
| ALAN C. SCOTT | ) |
| | ) |

### EX PARTE MOTION TO SEAL COMPLAINT AFFIDAVIT AND ARREST WARRANT

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby moves this Court to seal the Criminal Complaint, the Affidavit, the Arrest Warrant, and this motion to seal and proposed order through and including September 15, 2008, or until further order of the Court. The government requests, however, that law enforcement officials be able to enter the arrest warrant into appropriate law enforcement data bases in order to assist in the arrest of the defendant. As grounds for the motion, the government states that disclosure of these materials could seriously jeopardize an ongoing criminal investigation.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: *[signature]*
NATHALINA A. HUDSON
Assistant United States Attorneys
United States Attorney's Office
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1123