## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 652 - 1 | **DATE** | 8/15/08 |
| **CASE TITLE** | USA vs. Alan C Scott | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Alan Scott. Government's ex parte motion to seal complaint, affidavit and arrest warrant through and including 9/15/08 or until further order of the Court is granted. Enter Order.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rbf |
|---|---|---|