UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 08 CR 652 |
| ) | |
| vs. ) | |
| ) | Magistrate Michael T. Mason |
| ALAN C. SCOTT ) | |
| ) | |

### ORDER

Upon the government's motion to seal the Criminal Complaint, Affidavit, Arrest Warrant, Motion to Seal, and this Order, it is hereby FOUND AND DETERMINED THAT:

A. Disclosure of the materials sought to be sealed could reveal details of the government's investigation.

B. Disclosure of the materials sought to be sealed could hamper the government's investigation and prosecution.

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. The government's motion is granted.

2. The Criminal Complaint, Affidavit, Arrest Warrant, Motion to Seal, and this Order shall be sealed through and including September 15, 2008, or upon further Order of Court. This Order shall not prevent the entry of information relating to the arrest warrant into appropriate law enforcement data bases to assist in the arrest of the defendant.

_____
MICHAEL T. MASON
United States Magistrate Judge

DATED: Aug 15, 08