Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 652 - 1 | **DATE** | 8/18/2008 |
| **CASE TITLE** | USA vs. Alan C Scott | | |

**DOCKET ENTRY TEXT**

Initial status hearing held. Defendant appears in response to arrest on 08/18/08. Defendant informed of his rights. Enter order appointing Daniel Hesler of the Federal Defender Program/Panel as counsel for defendant. Government's oral motion for pretrial detention is granted. Detention hearing is set for 08/19/08 at 2:30 p.m.

Docketing to mail notices.

00:10

| | | Courtroom Deputy Initials: | LXS |
|---|---|---|---|