## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 652 - 1 | **DATE** | 8/19/2008 |
| **CASE TITLE** |  | USA vs. Alan C Scott | |

**DOCKET ENTRY TEXT**

Government's oral motion to unseal the case is granted. Case ordered unsealed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rbf |
|---|---|---|