## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 652 - 1 | **DATE** | 8/19/2008 |
| **CASE TITLE** | USA vs. Alan C Scott | | |

**DOCKET ENTRY TEXT**

Detention hearing held. The Government and defendant agree to certain conditions of release. Defendant Alan C Scott to be released after processing. Preliminary examination set for 9/11/08 at 2:00 p.m.

Docketing to mail notices.

00:15



| | Courtroom Deputy Initials: | rbf |
|---|---|---|